IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-41255
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JESUS MANUEL SUAREZ,

                                        Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-96-CR-126-3
- - - - - - - - - - -
December 10, 1997
Before BARKSDALE, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

    Jesus Suarez appeals the denial of a two-point reduction for a minor participant under U.S.S.G. § 3B1.2.  The district court did not clearly err in denying this adjustment.  See United States v. Flucas, 99 F.3d 177, 178 (5th Cir. 1996), cert. denied, 117 S. Ct. 1097 (1997); United States v. Edwards, 65 F.3d 430, 434 (5th Cir. 1995).

    AFFIRMED.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.